Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000



April 28, 2021

**Via ECF**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Malloy v. Pompeo*, No. 18 Civ. 4756 (PGG) (KNF); *Malloy v. U.S. Dep't of State*, No. 19 Civ. 6533 (PGG) (KNF)

Dear Judge Fox:

We write as limited *pro bono* counsel to Plaintiff Jane Malloy in the above-captioned cases to inform the Court that we are expanding our limited representation of Ms. Malloy. As the Court is aware, the undersigned counsel on March 3, 2021 entered Notices of Limited Appearance of *Pro Bono* Counsel for the limited purpose of providing advice and representation in depositions in the above-captioned cases (No. 18 Civ. 4756, ECF Nos. 57, 58; No. 19 Civ. 6533, ECF Nos. 42, 43). The undersigned counsel have expanded the limited scope of their representation of Plaintiff to include advice and representation in mediation in the above-captioned cases (*see* No. 18 Civ. 4756, ECF No. 65; No. 19 Civ. 6533, ECF No. 53).

Respectfully submitted,

*s/ David A. Coon*              *s/ Michael Duke*
David A. Coon                   Michael Duke
Selendy & Gay PLLC              Selendy & Gay PLLC