UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| JANE MALLOY, | : | |
| Plaintiff, | : | ORDER |
| - against - | : | |
| UNITED STATES DEPARTMENT OF STATE, | : | 19-CV-6533 (PGG)(KNF) |
| MICHAEL R. POMPEO, Secretary of State, United States Department of State, | : | |
| Defendants. | : | |

------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     By a letter dated July 19, 2021, Docket Entry No. 70, the defendants made an application to the Court that the June 17, 2021 letter through which they sought a pre-motion conference with the Court respecting the plaintiff's request to depose Harry Ting be filed under seal, and that access to the document be restricted to counsel to the defendants and attorneys from the law firm Selendy & Gay PLLC, who are representing the plaintiff. The application is granted. The Clerk of Court is directed to limit the viewing level for the June 17, 2021 letter to "Selected Parties" so that only counsel to the defendants and the plaintiff's counsel, attorneys from the law firm Selendy & Gay PLLC, can access the document. The defendants shall file a redacted version of the June 17, 2021 letter with the Clerk of Court so that members of the public can access the redacted version of the document.

This order resolves Docket Entry No. 70.

Dated: New York, New York    SO ORDERED:
       July 21, 2021

                                              _/s/ Kevin Nathaniel Fox_____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE