

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

August 20, 2021

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Malloy v. U.S. Department of State, et al.,* No. 19 Civ. 6533 (PGG)(KNF)
             *Malloy v. Pompeo*, No. 18 Civ. 4756 (PGG)(KNF)

Dear Judge Gardephe:

      This Office represents Defendants in the above-referenced matters. I write to respectfully request that the Court enter an order permitting the sealed filing of the Government's August 31, 2021, request for a conference in connection with the Government's anticipated motion for review of Magistrate Judge Fox's denial of the Government's motion for a protective order against the taking of Harry Ting's deposition. Consistent with Section II.B. of this Court's Individual Rules, these documents will be filed under seal on ECF and electronically related to this letter motion.

      On May 12, 2021, Magistrate Judge Fox granted the Government's request that any information or documentation reflecting Mr. Ting's health conditions be designated "Attorney's Eyes Only" and not shared or discussed with Plaintiff Jane Malloy or any individuals other than Plaintiff's current counsel from the firm Selendy & Gay PLLC. The Government's letter motion contains information regarding Mr. Ting's health and attaches certain medical records.

      Accordingly, the Government respectfully requests that the Court enter order permitting the sealed filing of the August 31, 2021, letter motion and its attachments. Per Judge Fox's order, the Government further requests that the Viewing Level of the filing be restricted to only the designated parties referred to above, *i.e.* counsel for Defendants, and Plaintiff's current counsel from the firm Selendy & Gay PLLC. Plaintiff's counsel have stated that they represent Plaintiff for the purposes of depositions and mediation, whereas for all other purposes Plaintiff is pro se.

Thank you for your consideration of this matter.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 2, 2021

                                        Respectfully,

                                        AUDREY STRAUSS
                                        United States Attorney for the
                                        Southern District of New York

By:     /s/ Jennifer C. Simon

                                        Jennifer C. Simon
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Tel.: (212) 637-2746